```
 1  JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
 2  1111 H Street, #204
    Sacramento, CA 95814
 3  (916)444-3994
    jmanninglaw@yahoo.com
 4
    Attorney for Defendant
 5  ZENON NOLASCO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-155 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| GUZMAN-JUAREZ et al., | Date: February 1, 2018 |
| | Judge: Honorable Troy L. Nunley |
| Defendants. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for January 4, 2018. Counsel for the parties request the date for judgment and sentencing be continued to February 1, 2018 at 9:30 a.m. Assistant U.S. Attorney Owen Roth has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                      **2/1/18**

   Reply, or Statement of Non-Opposition:                                 1/25/18

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than:                                                                  1/18/18

|   |   |   |
|---|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | n/a |

IT IS SO STIPULATED.

Dated: December 27, 2017　　　　　　　　/s/ Dina L. Santos
　　　　　　　　　　　　　　　　　　　　DINA L. SANTOS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Pedro Nolasco-Sanchez

Dated: December 27, 2017　　　　　　　　/s/ Toni L. White
　　　　　　　　　　　　　　　　　　　　TONI L. WHITE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Fidel Nolasco-Sanchez

Dated: December 27, 2017　　　　　　　　/s/ John R. Manning
　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Zenon Nolasco-Sanchez

Dated: December 27, 2017　　　　　　　　/s/ Kelly Babineau
　　　　　　　　　　　　　　　　　　　　Kelly Babineau
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Domingo Nolasco-Sanchez

Dated: December 27, 2017　　　　　　　　Phillip A. Talbert
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　by: /s/ Owen Roth
　　　　　　　　　　　　　　　　　　　　OWEN ROTH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 27th day of December, 2017.

_____
Troy L. Nunley
United States District Judge